NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-739

STATE OF LOUISIANA

VERSUS

DAVID HOLLAND

**************
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, DOCKET NUMBER 01-1011
HONORABLE PAUL deMAHY

**************
**SYLVIA R. COOKS**
**JUDGE**
**************

Court composed of Sylvia R. Cooks, Billie C. Woodard, and Marc T. Amy, Judges.

**AFFIRMED.**

Ms. Susan K. Jones
Attorney at Law
P.O. Box 9273
New Iberia, Louisiana 70562-9273
(337) 367-3700
COUNSEL FOR DEFENDANT/APPELLANT:
    David Holland

Ralph K. Lee, Jr.
Assistant District Attorney
300 Iberia Street, Suite 200
New Iberia, Louisiana 70560
(337) 369-4420
COUNSEL FOR APPELLEE:
    State of Louisiana